UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN OLAGUES,<br><br>        Plaintiff,<br><br>   v.<br><br>JAMES DIMON,<br><br>        Defendant. | Case No. 14-CV-4872 (GHW) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Jack G. Fruchter, of the law firm Abraham, Fruchter & Twersky, LLP, hereby appears as counsel for Plaintiff John Olagues in the above-captioned matter.

Dated: September 24, 2014
       New York, New York

    /s/ Jack G. Fruchter
Jack G. Fruchter
ABRAHAM, FRUCHTER & TWERSKY, LLP
One Penn Plaza, Suite 2805
New York, NY 10119
Phone: (212) 279-5050
Fax:    (212) 279-3655
Email: *jfruchter@aftlaw.com*

*Attorney for Plaintiff John Olagues*