UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------x
JOHN OLAGUES,                     )
                                  )
                 Plaintiff,       )
         v.                       )   No. 14-CV-4872 (GHW)
                                  )
JAMES DIMON and                   )
JPMORGAN CHASE & CO.,             )
                                  )
                 Defendants.      )
-------------------------------------------------x
```

### NOTICE OF MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint and supporting declaration, defendants will move this Court, before the Honorable Gregory H. Woods, at a time and place to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice plaintiff's amended complaint, and for such further and other relief that the Court may deem just and proper.

Dated: November 10, 2014
       New York, New York

/s/ Sharon L. Nelles

Sharon L. Nelles
Andrew J. Finn
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
nelless@sullcrom.com

*Attorneys for Defendants James Dimon and JPMorgan Chase & Co.*