

ABRAHAM, FRUCHTER & TWERSKY, LLP

July 10, 2015

Via ECF

Honorable Gregory H. Woods,
United States District Court,
Southern District of New York,
Daniel Patrick Moynihan United States Courthouse,
500 Pearl Street,
New York, New York 10007.

  Re: *Olagues v. Dimon*, No. 14-CV-4872 (S.D.N.Y.)

Dear Judge Woods:

  I write on behalf of all parties in the above-referenced action to inform the Court that in light of the additional documents defendants provided plaintiff as discussed during the July 1 telephone conference with the Court, plaintiff has agreed with defendant to dismiss the complaint with prejudice. The parties intend to execute a Stipulation of Voluntary Dismissal with Prejudice which plaintiff will file with the Clerk of the Court.

            Respectfully submitted,

            *Jack G. Fruchter*

            *Counsel for Plaintiff John Olagues*

NEW YORK  tel: 212.279.5050  fax: 212.279.3655 CALIFORNIA  tel: 858.792.3448  fax: 858.792.3449 aftlaw.com
One Penn Plaza, Suite 2805, New York, NY 10119 12526 High Bluff Drive, Suite 300, San Diego, CA 92130