USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/13/2015

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

JOHN OLAGUES,

           Plaintiff,          No. 14-CV-4872 (GHW)

- against -

JAMES DIMON and
JPMORGAN CHASE & CO.,

           Defendants.

---------------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Plaintiff, Defendant James Dimon and nominal Defendant JPMorgan Chase & Co. hereby stipulate to the dismissal of the entire action with prejudice. Each side shall bear their own costs and fees, including all attorney fees.

Dated: July 10, 2015

| John Olagues, | James Dimon and JPMorgan Chase & Co., |
|---|---|
| By his attorneys, | By their attorneys, |
| _/s/ Jack G. Fruchter_ | _/s/ Sharon L. Nelles_ |
| Jack G. Fruchter | Sharon L. Nelles |
| Abraham, Fruchter & Twersky, LLP | Andrew J. Finn |
| One Penn Plaza, Suite 2805 | Sullivan & Cromwell LLP |
| New York, New York 10119 | 125 Broad Street |
| Tel: 212.279.5050 | New York, New York 10004 |
| Fax: 212.279.3655 | Tel: 212.558.4000 |
| | Fax: 212.558.3588 |

The parties have stipulated to the dismissal
of this action under Rule 41(a)(1)(A)(ii).
The Clerk of Court is directed to close the case.

Dated: July 13, 2015
New York, New York         _/s/ Gregory H. Woods_
                                      GREGORY H. WOODS
                                      United States District Judge